# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129691(24)

_____

In Re DENIAL OF PETITIONER VJT, INC.,
d/b/a CYPRUS TAVERNA APPLICATION
FOR SUPPLIER'S LICENSE

_____

VJT, INC., d/b/a CYPRUS TAVERNA,
       Petitioner-Appellant,

v

                                      SC: 129691
                                       COA: 260937
                                       Wayne CC: 04-429901-AA

MICHIGAN GAMING CONTROL BOARD,
       Respondent-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's order of February 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                                    _____
                                                          Clerk

d0522